IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date:  March 20, 2018

vs.  Case No.:  14-4059-CR-C-BCW-1

**DANNY CARNELLE HOLMES**

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing:  Sentencing

Time: 10:50 am                                                                 Commenced: 11:17 am

APPEARANCES

Plaintiff's counsel:        Lauren Kummerer, AUSA
Defendant's counsel:    Clark L Jones
Probation officer:         Danielle Staats

PROCEEDINGS IN COURTROOM:  Above parties present.  Court accepts plea of guilty and adjudication of guilt.  There are no objections to the Presentence Report and Court adopts P.S.I.R. without change.  Court asserts statutory guidelines.  Government calls witness, David Wilson for testimony at 10:53 am.  Cross examination by defendant's counsel at 10:56 am.  No redirect and witness excused at 10:57 am.  Counsel makes sentence recommendations.  Defendant accorded allocution.

SENTENCE: Defendant sentenced to the custody of BOP for 21 months on count 1 of the indictment; followed by 3 years supervised release on count 1 of the indictment.  Standard/Additional Conditions of Supervision imposed.  FINE: waived; SPECIAL ASSESSMENT: $100; RESTITUTION: n/a.  Defendant advised of right to appeal.  Defendant remanded to the custody of the USM.

Court Reporter:        Denise Halasey
Courtroom Deputy:   T. Lock